UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LORI ARMSTRONG**, <br><br> Plaintiff, <br><br> vs. <br><br> **CARDINAL HEALTH 200, LLC, and ONE CLOVERLEAF, LLC Jointly and Severally**, <br><br> Defendants. | 2:18-CV-10696 <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On May 20, 2019, this Court issued an Order to Show Cause within fourteen days why the action should not be dismissed for failure to prosecute. ECF No. 24; Fed. R. Civ. P. 41(b). To date, Plaintiff has not filed any response to this Order, and the time to do so has now run. *See* Local Rule 7.1(e)(1)(B).

The Court hereby **DISMISSES** this case without prejudice.

DATED this 3rd day of July, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge